1  EDMUND G. BROWN JR.
   Attorney General of California
2  WILLIAM J. MCMAHON
   Deputy Attorney General
3  State Bar No. 178588
    1515 Clay Street, 20th Floor
4   P.O. Box 70550
    Oakland, CA  94612-0550
5   Telephone:  (510) 622-2209
    Fax:  (510) 622-2270
6   E-mail:  William.McMahon@doj.ca.gov
   *Attorneys for Defendants Department of Motor*
7  *Vehicles and George Valverde*

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12  **KORY L.E. PATTERSON,**              CV 10  2308  SI

13                      Plaintiff,    **STIPULATED REQUEST FOR ORDER
                                      CHANGING TIME**
14          **v.**
                                      **[USDC-ND Cal LR 6-2 & 7-12]**
15
    **CALIFORNIA STATE DEPARTMENT OF**    Judge        The Honorable Susan Illston
16  **MOTOR VEHICLES, and GEORGE**        Trial Date   None Set
    **VALVERDE,**
17
                      Defendants.
18

19

20      THE PARTIES HEREIN THROUGH THEIR ATTORNEYS OF RECORD HEREBY

21  STIPULATE that the time for defendants to file their responsive pleading is enlarged by ten days.

22

23

24

25

26

27

28  / / /

                                    1

1    Dated:  August 11, 2010                    Respectfully submitted,

2                                        EDMUND G. BROWN JR.
                                        Attorney General of California

3

4                                          /S/

5                                        WILLIAM J. MCMAHON
                                        Deputy Attorney General

6                                        *Attorneys for Defendants*

7

8    Dated: August 11, 2010                   _____/S/_____

9                                          Paul Burglin, Esq.
                                        *Attorney for Plaintiff*

10

11

12

13

14

15

16    PURSUANT TO STIPULATION, IT IS SO ORDERED

17

18    Dated: _____            _____

19                                        Hon. Susan Illston
                                        United States District Judge

20

21

22

23    OK2010900185
    90155987.doc

24

25

26

27

28