**United States District Court**
For the Northern District of California

1

2

3

4

5                     IN THE UNITED STATES DISTRICT COURT

6                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   KORY L.E. PATTERSON,                         No. C 10-02308 SI

9             Plaintiff,                          **ORDER GRANTING DEFENDANT'S
                                                  MOTION REQUESTING**
10       v.                                       **CONTINUANCE OF HEARING, LEAVE
                                                  TO FILE SUPPLEMENTAL POINTS &**
11  CALIFORNIA   STATE   DEPARTMENT   OF          **AUTHORITIES, AND LEAVE TO**
    MOTOR VEHICLES,                               **SUPPLEMENT RECORD**
12
             Defendant.
13  _____/

14

15       Defendant has filed a motion requesting (1) a continuance of the November 2, 2010 hearing, (2)

16  leave to file supplemental points and authorities, and (3) leave to supplement the record.  Pursuant to

17  Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument.

18

19       Having considered the papers submitted, and for good cause shown, the Court hereby GRANTS

20  defendant's motion (Docket No. 23).  The November 2, 2010 hearing is **continued to December 9,
    2010 at 9:00 a.m.**  Defendant is granted leave to file supplemental points and authorities.  Defendant

21  is also granted leave to supplement the record by **November 9, 2010**.  Plaintiff may file a response to

22  defendant's supplementation by **November 19, 2010**.

23

24

25       **IT IS SO ORDERED.**

26
    Dated: October 26, 2010
27                                               SUSAN ILLSTON
                                                 United States District Judge
28