IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY L.E. PATTERSON,  <br>    Plaintiff,  <br>   v.  <br>CALIFORNIA STATE DEPARTMENT OF MOTOR VEHICLES,  <br>    Defendant.  _____/ | No. C 10-02308 SI  <br>**JUDGMENT** |

Defendant's motion to dismiss the complaint is granted without leave to amend. Judgment is accordingly entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 2, 2010

_____
SUSAN ILLSTON
United States District Judge